**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**MICHELE DAVIS and VICTORIA BLASZAK, on behalf of themselves and all other employees similarly situated,**

**Plaintiffs,**

**v.**

**Civil Action No.: 15-cv-00429**

**RIVERFRONT ON THE NIAGARA, LLC, d/b/a ACQUA RESTAURANT AND CATERING, 2192 NIAGARA STREET, LLC, CLASSIC EVENTS AT THE LAFAYETTE, LLC, EVENTS AT THE FOUNDRY, LLC, MOLLY FORD KOESSLER, and WILLIAM KOESSLER,**

**Defendants.**

---

# DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE THAT the Defendants, Riverfront on the Niagara, LLC, d/b/a Acqua Restaurant and Catering, 2192 Niagara Street, LLC, Classic Events at the Lafayette, LLC, Events at the Foundry, LLC, Molly Ford Koessler and William Koessler (collectively hereinafter referred to as "Defendants") will move this Court before the Honorable Magistrate Judge Leslie G. Foschio, at a time and place to be set by the Court, for reconsideration of the Magistrate's Report, Recommendation and Order dated July 26, 2016 pursuant to Rule 60 (b) (1) and (6) of the Federal Rules of Civil Procedure and Local Rule 7 (d) (3) on grounds that the Report and Recommendation is based on a mistake of law in denying the Defendants' motion to dismiss the Plaintiffs' First Cause of Action ("*Illegal Retention of Gratuities under the NYLL*") inasmuch as the Report, Recommendation and Order fails to find that New York Labor Law ("NYLL") § 196-d and the regulation 12 NYCRR 146.2.18 promulgated thereunder (hereinafter collectively referred to as the "Challenged Provisions") are preempted by the Internal Revenue Code because it is impossible to comply with both 26 C.F.R. § 31.3306(b) and New York Labor Law § 196-d.

As shown by the accompanying affidavit of David Shindel, an accountant with expertise in payroll accounting, reporting of payroll taxes and the application of the Internal Revenue Code and its regulations to wages and gratuities, the Court has mistakenly overlooked that the Challenged Provisions directly conflict with federal law by prohibiting any deduction of any part of the gratuities received by an employee when, in contrast, IRC regulation 26 C.F.R.§ 31.3306(b) expressly requires that any mandatory service charges distributed to employees be treated as wages and that the employer deduct all withholdings form those wages and, thus, it is impossible to comply with both these state and federal laws. Additionally, the Challenged Provisions are also inconsistent with the New York Sales Tax Law, § 1105(d)(i) and 20 NYCRR § 527.8(l) and unemployment reporting requirements to such an extent that the resulting violations of the state and federal laws will subject business owners to both criminal and civil sanctions and would place tax return preparers in violation of both federal and state preparer rules. Likewise—because the Challenged Provisions contradict these New York sales tax provisions—the form language of 12 NYCRR 146-2.19 (c) does not save the Challenged Provisions from being preempted by federal law. Further, the form language of 12 NYCRR 146-2.19 (c) cannot, in any event, save the Challenged Provisions from preemption because the language on its face simply provides for a notification to the consumer as whether the amount will go to the employee and contains no language allowing the employer treat said amount as a gratuity rather than as wages for tax purposes.

In support of their motion for reconsideration, Defendants submit the accompanying affidavit of David Shindel sworn to on August 8, 2016 and Exhibits A to R and the accompanying Memorandum of in Support of Defendant's Motion for Reconsideration. Additionally, Defendants respectfully reserve their right to serve reply papers and therefore

any papers in opposition to this Motion for Reconsideration shall be filed and served at least eight (8) business days prior to the return date of this motion.

DATED: August 8, 2016

Respectfully submitted,

SCHRÖDER, JOSEPH & ASSOCIATES, LLP

s/ Linda H. Joseph

Linda H. Joseph, Esq.
Ginger D. Schröder, Esq
392 Pearl Street, Suite 301
Buffalo, NY 14202
Telephone: (716) 881-4900
Facsimile: (716) 881-4909
E-mail: gschroder@sjalegal.com
E-mail: ljoseph@sjalegal.com

**SHAFER AND ASSOCIATES, P.C.**

Bradley J. Shafer
Matthew J. Hoffer
3800 Capitol City Blvd. St. 2
Lansing, MI 48906
Phone: (517) 886-6560
Facsimile: (517) 886-6565
E-mail: Brad@bradshaferlaw.com
E-mail: Matt@bradshaferlaw.com

*Attorneys for Defendants*