UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHELE DAVIS,VICTORIA BLASZAK,
on behalf of themselves and all others
employees similarly situated,

Plaintiffs,

v.

**ORDER**

**15-CV-429A(F)**

2192 NIAGARA STREET, LLC,
CLASSIC EVENTS AT THE LAFAYETTE, LLC,
EVENTS AT THE FOUNDRY, LLC,
MOLLY FORD KOESSLER,
WILLIAM KOESSLER,
RIVERFRONT ON THE NIAGARA, LLC,

Defendants.

---

By papers filed August 8, 2016, Defendants move for reconsideration of this court's Report and Recommendation filed July 26, 2016 (Dkt. 51). Plaintiffs' response shall be filed not later than **September 9, 2016**. Defendants' reply, if any, shall be filed not later than **September 23, 2016**. Oral argument shall be at the discretion of the court.

SO ORDERED.

/s/ *Leslie G. Foschio*

LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2016
Buffalo, New York